be placed on the April term calendar. No. 340. Motion to dismiss appeals from judgment and orders denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ANNA DRESDNER and Another, Individually and in Behalf and for the Benefit of All Other Stockholders of THE GOLDMAN SACHS TRADING CORPORATION, Now Known as PACIFIC EASTERN CORPORATION, Similarly Situated, Appellants, v. THE GOLDMAN SACHS TRADING CORPORATION, Now Known as PACIFIC EASTERN CORPORATION, and Others, Respondents; FRANK E. TAYLOR, Defendant.— No. 316. Motion for leave to appeal to the Court of Appeals denied. No. 317. Motion for leave to appeal to the Court of Appeals denied. No. 348. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Scudder, Tompkins and Davis, JJ.; Lazansky, P. J., not voting.

PAOLO GENOVESE, Respondent, v. A. LENOBEL, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

GRACE E. GIMENEZ, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, and MITSUI & Co., Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 240 App. Div. 238.]

THOMAS T. GIMENEZ, Respondent, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant, and MITSUI & Co., Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ. [See 240 App. Div. 238.]

DOMINICK GIOVANNIELLO, as Guardian ad Litem for JAMES GIOVANNIELLO, and DOMINICK GIOVANNIELLO, Individually, Appellant, v. AUGUSTA GERMEROTH and Another, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

MINA GLACKMEYER, Appellant, v. GERTRUDE RAPPAPORT and Others, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

ARTHUR GOLDSTEIN, Respondent, v. SOL FRIEDLAND and Others, Appellants.— Motion for stay granted on condition that appellants perfect the appeal for Monday, April second (for which day the case is set down), and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

THE GREEN POINT SAVINGS BANK, Respondent, v. LAZAR FINK and Others, Defendants; ABRAHAM HABERKORN, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

FLORENCE HAMPE, Respondent, v. RUTH DuBois and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants